IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ADAM POTTER, *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 20-1825 |
| v. | : | |
| | : | |
| COZEN O'CONNOR, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 6th day of January 2021, upon consideration of Defendant's *motion to dismiss Plaintiffs' amended complaint*, [ECF 17], Plaintiffs' opposition thereto, [ECF 18], Defendants' reply, [ECF 21], and the allegations in the amended complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this matter is **DISMISSED** for lack of subject-matter jurisdiction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*