# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM POTTER,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 20-1825** |
| **v.** | : | |
| | : | |
| **COZEN O'CONNOR,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 16ᵗʰ day of February 2023, upon consideration of Defendant's *motion to dismiss Plaintiffs' amended complaint*, [ECF 17], Plaintiffs' response in opposition thereto, [ECF 18], Defendants' reply, [ECF 21], Defendants' supplemental motion to dismiss, [ECF 34], Plaintiffs' supplemental response in opposition, [ECF 35], Defendants' supplemental reply, [ECF 36], and the allegations in the amended complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this matter is **DISMISSED** for failure to state a claim.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*