IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM POTTER,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 20-1825 |
| **v.** | : | |
| | : | |
| **COZEN O'CONNOR,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 14th day of November 2023, upon consideration of Defendants' *motion to dismiss Plaintiffs' second amended complaint*, [ECF 44], Plaintiffs' response in opposition thereto, [ECF 48], Defendants' reply, [ECF 50], and the allegations in the second amended complaint, [ECF 42], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this matter is **DISMISSED** for lack of subject-matter jurisdiction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*